ROSE MARY EVANS, ET AL. v. NEW JERSEY DEPARTMENT
OF HUMAN SERVICES, ET AL.

April 7, 1987.

Leave to appeal is granted;  and it is further

ORDERED that the matter is summarily remanded to the Appellate Division for a disposition of the appeal on the merits together with the appeals in *Paterson v. New Jersey Department of Human Services, Davis v. New Jersey Department of Human Services, Ancrum v. New Jersey Department of Human Services,* and *Rodgers v. Gibson.*

IN THE MATTER OF BABY M.

April 7, 1987.

Certification to the Superior Court, Law Division, is granted. (See 217 *N.J.Super.* 313)

IN THE MATTER OF AN ADOPTION OF A CHILD
BY R.B.C. AND S.F.C.

April 10, 1987.

Petition for certification denied.